UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD J. PEABODY, a single man,<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a Washington Municipal Corporation, and STEVE MOUNT and JANE DOE MOUNT, and their marital community, and JASON RICE and JANE DOE RICE, and their marital community, and CHRIS FREEL and JOHN DOE FREEL, and their marital community, and JEFF ROWE HORNBAKER and JANE DOE HORNBAKER, and their marital community,<br><br>Defendants. | NO. C07-5701 KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

This matter comes before the court on the motion of the Plaintiff to amend his complaint pursuant to Fed. R. Civ. P. 15(a)(2). (Dkt. #9). The Defendants notified the court that they do not oppose the plaintiff's motion. (Dkt. #11).

IT IS, THEREFORE, Order that Plaintiff's Motion to Amend Complaint is GRANTED (Dkt. #9) and the Plaintiff may file and serve his proposed Amended Complaint.

Order Granting Motion to File Amended Complaint
Page - 1

1 DATED this 14th day of March, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge