UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD J. PEABODY, a single man<br><br>Plaintiff,<br>v.<br><br>KITSAP COUNTY, a Washington Municipal Corporation, and STEVE MOUNT and JANE DOE MOUNT and their marital community, JASON RICE and JANE DOE RICE, and their marital community, CHRIS FREEL and JOHN DOE FREEL and their marital community, and JEFF ROWE HORNBAKER and JANE DOE HORNBAKER, and their marital community<br><br>Defendants, | NO. 3:07-cv-05701-KLS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel of record, that the above-entitled matter may be dismissed with prejudice and without costs to any party herein.

DATED THIS _____ day of _____, 2008.

                                              LAW OFFICES OF JANE RYAN KOLER, PLLC

                                      By _____
                                            JANE RYAN KOLER, WSBA #13541
                                            LAURA K. CROWLEY, WSBA #22835
                                            Attorneys for Plaintiff Peabody

Stipulation and Order of Dismissal with
Prejudice and without costs -- 1

DATED THIS _____ day of _____, 2008.

KITSAP COUNTY

By _____
    Philip A. Bacus, WSBA # 31446
    Attorney for Defendant Kitsap County

## ORDER

PURSUANT TO THE FOREGOING STIPULATION for an order of dismissal with prejudice and without costs, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs to any party herein.

DATED this 12th day of December, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

LAW OFFICES OF JANE RYAN KOLER, PLLC

By _____
    JANE RYAN KOLER, WSBA #13541
    LAURA K. CROWLEY , WSBA # 22835
    Attorneys for Plaintiff Peabody

KITSAP COUNTY

By _____
    Philip A. Bacus, WSBA #31446
    Attorneys for Defendant Kitsap County

Stipulation and Order of Dismissal with
Prejudice and without costs -- 1